# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                          NO. 4:08CR00007-001 SWW

NEIL E. HAVLIK                                                        DEFENDANT

### ORDER

Pending before the Court is defendant's pro se motion to compel attorney to surrender the case file [doc #210]. After a review of the pleading, the Court is of the opinion that a response by the United States of America would facilitate the resolution of this motion. The Court therefore directs the United States to respond to the pleading on or before twenty days after the date of entry of this Order.

IT IS SO ORDERED this 17th day of January 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE